Commonwealth v. Sesso, Appellant.

Argued March 4, 1929.

Before Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

*Joseph J. Walsh,* and with him *Earl V. McLaughlin* and *John J. Owens,* for appellant.

*Clarence J. Wing,* Assistant District Attorney, and with him *Harold A. Scragg,* District Attorney, and *Joseph B. Jenkins,* Assistant District Attorney, for appellee.

PER CURIAM, March 12, 1929:

Defendant was convicted before the magistrate of vagrancy under the Act of Assembly of May 8, 1876, P. L. 154. The court of quarter sessions allowed an appeal, heard the case and entered an order affirming the judgment. An order which merely affirms the judgment of the magistrate will be reversed: Com. v. Congdon, 74 Pa. Superior Ct. 286; Com. v. Bickel, 78 Pa. Superior Ct. 348; Com. v. Oliver, 77 Pa. Superior Ct. 580.

Now, March 5, 1929, the record is remitted in order that the proper judgment may be entered.

A similar order is directed to be entered in No. 29, February T., 1929.